IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CALVIN KIRKLIN**                                                                                            **PLAINTIFF**

**v.**                          **Case No. 4:15-cv-00304 KGB**

**JOSHEN PAPER & PACKAGING**
**OF ARKANSAS CO.**                                                                                       **DEFENDANT**

## JUDGMENT

Consistent with the Opinion and Order entered on this date, it is considered, ordered, and adjudged that plaintiff Calvin Kirklin's claims against defendant Joshen Paper & Packaging of Arkansas Co. are dismissed with prejudice.  The relief sought is denied.

So adjudged this 29th day of March, 2017.

_____
Kristine G. Baker
United States District Judge